B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Texas | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Rouly, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>85-0328883 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1301 McKinney, Suite 3300<br>Houston, Texas           ZIP CODE 77010 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Harris County, Texas | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>New Mexico                                                                                            ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7         ☐ Chapter 15 Petition for<br>☐ Chapter 9            Recognition of a Foreign<br>☑ Chapter 11          Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                                 Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box.)<br>☐ Debts are primarily consumer   ☑ Debts are<br>debts, defined in 11 U.S.C.            primarily<br>§ 101(8) as "incurred by an          business debts.<br>individual primarily for a<br>personal, family, or<br>household purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>-----------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1) (04/13) | | Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Rouly, Inc. | |
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See attached list | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Rouly, Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney\***

X  */s/ Billy Vu*
Signature of Attorney for Debtor(s)
J. Robert Forshey    State Bar No. 07264200
Printed Name of Attorney for Debtor(s)
Forshey & Prostok, LLP
Firm Name

777 Main St., Suite 1290
Fort Worth, TX 76102
Address
817-877-8855     Fax: 817-877-4151
Telephone Number
09/07/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  */s/ Todd A. Hass*
Signature of Authorized Individual
Todd A. Hass
Printed Name of Authorized Individual
Chief Financial Officer
Title of Authorized Individual
09/07/2015
Date

_____
Address

X _____
   Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Attachment to Voluntary Petition

### Pending Bankruptcy Case Filed by any Spouse, Partners, or Affiliate of this Debtor

| Name of Debtor: **ITS Engineered Systems, Inc.** | Case Number: 15-32145 | Date Filed: 04/17/2015 |
|---|---|---|
| District: Southern District of Texas (Houston) | Relationship: Affiliate | Judge: Hon. Karen K. Brown |

| Name of Debtor: **Diverse Energy Systems LLC, a Texas limited liability company** | Case Number: 15-34736 | Date Filed: 09/07/2015 |
|---|---|---|
| District: Southern District of Texas (Houston) | Relationship: Affiliate | Judge: |

| Name of Debtor: **Scribner Industries, Inc.** | Case Number: 15-34737 | Date Filed: 09/07/2015 |
|---|---|---|
| District: Southern District of Texas (Houston) | Relationship: Affiliate | Judge: |

| Name of Debtor: **Diverse Energy Systems, LLC, a North Dakota limited liability company, dba Lean Technologies, LLC** | Case Number: 15-34738 | Date Filed: 09/07/2015 |
|---|---|---|
| District: Southern District of Texas (Houston) | Relationship: Affiliate | Judge: |

| Name of Debtor: **Rouly, Inc.** | Case Number: 15-_____ | Date Filed: 09/07/2015 |
|---|---|---|
| District: Southern District of Texas (Houston) | Relationship: Affiliate | Judge: |

### Joint Written Consent and Resolutions of the Board of Directors of Rouly, Inc., a New Mexico corporation

### Dated this 3rd day of September, 2015

The undersigned constituting the members of the Board of Directors ("Board") of Rouly, Inc., a New Mexico corporation (the "Company"), acting pursuant to applicable New Mexico law and the Bylaws of the Company, hereby waive the requirements of notice, including, without limitation, any specific requirement of prior notice for taking actions by written consent, and of a meeting, and hereby consent to, adopt, and approve the following resolutions and each and every action effected thereby:

**Whereas**, the Company has been experiencing liquidity issues for several months; and

**Whereas**, the Company is and has diligently sought financing and other capital solutions to meet the liquidity needs of the Company; and

**Whereas**, the Company has continued to search for strategic and/or financial lending sources and/or buyers, however, the Company is unable to meet its liquidity needs to continue operating the Company; and

**Whereas**, the Company is allegedly in default under its credit facility; and

**Whereas**, the Company has engaged SSG Advisors, LLC ("SSG") as financial and restructuring advisors to assist with restructuring analysis and the presentation of the Company to prospective financing sources and buyers; and

**Whereas**, upon consultation with SSG and with counsel to the Company, and upon consideration of financial and operational information, the inability to secure alternative financing or capital, the Board has determined in exercise of its business judgment that the Company does not have adequate funds to indefinitely continue operations; and

**Whereas**, the Board has determined in exercise of its business judgment that it is not feasible or practicable for the Company to attempt to continue normal operations and that it is in the best interest of the Company and its creditors and other stakeholders to file for relief under the provisions of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and to seek the authority therein to operate as debtor-in-possession;

**Now, therefore, it is**

**Resolved**, that Charles Erwin and Todd A. Hass, be, and hereby are, appointed each as an authorized signatory in connection with the chapter 11 bankruptcy case authorized herein (individually an "Authorized Signatory" and collectively the "Authorized Signatories"); and it is further

**Resolved**, that each of the Authorized Signatories be, and each of them individually hereby is, authorized, directed, and empowered on behalf of the Company to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, in such form and at such time as the Authorized Signatories, or any one of them, shall determine; and it is further

**Resolved**, that each of the Authorized Signatories, or any one of them, or any such officers, directors or employees as may be hereafter designated by either the Board or the Authorized Signatories, be, and each of them individually hereby is, authorized, directed, and

empowered, on behalf of and in the name of the Company, to negotiate, execute, verify and file, or cause to be executed, verified, and filed (or direct others to do so on their behalf, as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, financial advisors or other professionals and to take any and all action which they deem necessary and proper in connection with the chapter 11 case, including any and all action necessary or proper in connection with obtaining use of cash collateral, with a view to the successful prosecution of such case; and it is further

**Resolved**, that the law firm of Forshey & Prostok, LLP, Fort Worth, Texas, be, and hereby is, employed and engaged to render legal services to, and to represent, the Company in connection with the chapter 11 case and any other related matters in connection therewith, on such terms as the Board or any Authorized Signatory shall approve; and it is further

**Resolved**, that the financial advisory firm of SSG, be, and hereby is, employed to render financial advisory services to the Company in connection with the chapter 11 case and any other related matters in connection therewith, on such terms as the Board or any Authorized Signatory shall approve; and it is further

**Resolved**, that the Authorized Signatories, and each of them, as well as the appropriate officers, agents and representatives of the Company, or such other persons as the Board or Authorized Signatories may designate, be, and each acting alone hereby is, severally authorized and directed, for and in the name and on behalf of the Company, to execute, deliver, and perform such other agreements, documents and instruments, to pay or cause to be paid on behalf of the Company any related costs and expenses, to execute and deliver or cause to be executed and delivered such other notices, requests, demands, directions, consents, approvals, orders, applications, certificates, agreements, undertakings, supplements, amendments, further assurances or other instruments or communications, and to take such other actions, as such officer, in his or her discretion, shall deem necessary or advisable to complete and effect the foregoing transactions and to carry out the intent and purposes of the foregoing resolutions and the transactions contemplated thereby; and, it is further

**Resolved**, that all actions heretofore taken by the Company and the officers of the Company with respect to the foregoing transactions and all other matters contemplated by the foregoing resolutions are hereby in all respects, approved, adopted, ratified, and confirmed.

[signature page follows]

In Witness Whereof, the undersigned have executed this written consent as of the date first written above. In the event that any signature is delivered by facsimile transmission or by email delivery of a ".pdf" or other electronic format data file, such signature shall create a valid and binding obligation of the party executing (or on whose behalf such signature is executed) with the same force and effect as if such facsimile, ".pdf" or other electronic format signature page were an original thereof.

BOARD:

_____
Charles Erwin, Chairman

_____
Todd A. Hass

L:\BFORSHEY\Diverse Energy Systems, LLC #5759\Pleadings\Resolutions - Rouly 9.3.15.docx

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Rouly, Inc.**

CASE NO 15-

CHAPTER 11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 9/7/2015

Signature _____
Todd A. Hass
*Chief Financial Officer*

Date _____

Signature _____

Aardvark Janitorial Inc.
dba Aardvark Supply Co.
P.O. Box 4696
Midland, TX 79704


Airflo Cooling Technologies, LLC
728 South Wheeling Ave.
Tulsa, OK 74104


Aka Square
1031 Andrews Highway, Suite 100
Midland, TX 79701


Ally
P.O. Box 9001948
Louisville, KY  40290-1948


Ameripride Linen
P.O. Box 3160
Bemidji, MN 56619-3160


Anchor Supply Inc.
dba Anchor Bolt & Supply Co
PO Box 908
Odessa, TX 79760


Angus Measurement Systems, LP
PO Box 14440
Odessa, TX 79768


Anton Friske
78 Shiloh Rd.
Odessa, TX 79762


Aztec Rental of Hobbs, LLC
329 E. Navajo
Hobbs, NM 88240


B&H Industrial Supplies, Inc.
PO Box 13135
Odessa, TX 79764

Babtex, Inc.
dba Oslin Nation Co.
5510 S. Westmoreland Rd., Suite 300
Dallas, TX 75237


Baker Tankhead Inc.
P.O. Box 77021
Fort Worth, TX 76177


Basin Engine & Pump, Inc.
1914 S. County Rd. 1083
Midland, TX 79706-5342


Belarco Industrial Cleaning LLC
PO Box 4678
Odessa, TX 79760


Bishop Lifting Products, Inc.
P.O. Box 15619
Houston, TX 77220


Blackmer, Divison of Dover Energy
1809 Century SW
Grand Rapids, WI 49503


Bradcole Services
6507 ECR 110
Midland, TX 79706


Cardmember Services
PO Box 790408
St. Louis, MO 63179-0408


Charles L. Hensley
dba Hensley's Computer Cabling
1607 Pueblo
Midland, TX 79705

Charts Ltd
PO Box 2983
Midland, TX 79702


City of Hobbs Water Department
200 E. Broadway
Hobbs, NM 88240


City of Odessa
411 West 8th St.
Odessa, TX 79760


Command Center, Inc.
P.O. Box 951753
Dallas, TX 75395-1753


Custom Fiberglass Inc.
PO Box 70
Mills, WY 82644


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


Diverse Energy Systems, LLC
1301 McKinney, Suite 3300
Houston, TX 77010


DNOW, LP dba NOV Wilson, LP
7909 Parkwood Circle Drive
Houston, TX 77036


Duncan Co.
425 Hoover Street NE
Minneapolis, MN 55413


Elliott Electric Supply Inc.
PO Box 630610
Nacogdoches, TX 75963

Enterprise Fleet Management Inc.
PO Box 800089
Kansas City, MO 64180-0089


Explorer Surveying
602 N. Baird St., Suite 103
Midland, TX 779701


Extreme Blasting & Coating
PO Box 12483
Odessa, TX 79768


Fed Ex
P.O. Box 94515
Palatine, IL 60094


Fluid Power Energy, Inc.
W229 N591 Foster Court
Waukesha, WI 53186


Gasco Mfg. Corporation
P.O. Box 1151
Hobbs, NM 88240


General Steel Warehouse, Inc.
P.O. Box 2037
Lubbock, TX 79408


Globalogix, Inc.
13831 Northwest Fwy #600
Houston, TX 77040


Golden Brew Coffee Service
602 S. Meadow Ave
Odessa, TX 79761


Grainger

4110 S County Road 1276
Midland, TX 79706


Greatwide Dallas Mavis, LLC
PO Box 405828
Atlanta, GA 30384-5828


Hilliard Energy, Ltd.
dba Hilliard Office Solutions
P.O. Box 52510
Midland, TX 79710-2510


Hobbs Welding
123 N Grimes
Hobbs, NM 88240


Hughes Meter and Supply Company
P.O. Box 950
Sundown, TX 79372


Hughes Oilfield Transportation, Inc.
2513 N Mercury Ave.
Odessa, TX 79763-1922


Industrial Piping Specialists Inc.
P.O. Box 581270
Tulsa, OK 74158


John's Sales & Service, Inc.
P.O. Box 14371
Odessa, TX 79768


JP Energy Partners LP
dba Pinnacle Propane, LLC
3410 W. Loop 338
Odessa, TX 79764


Knighten Machine & Service, Inc.
dba Knighten Industries
3323 N. County Rd. W.
Odessa, TX 79764

LEEK Safety & Fire Equipment, Inc.
P.O. Box 1583
Odessa, TX 79761


Liberty Power Holdings, LLC
25901 Network Place
Chicago, IL 60673


Lone Star Gaskett & Supply Inc.
1416 N Grant Ave.
Odessa, TX 79768


Mario A. Castro
dba Ace Sheetmetal Production
3237 S. Einstein Ave.
Odessa, TX 79766


Masthead Industries
dba HosePower USA
PO Box 861777
Orlando, FL 32886-1777


Matheson Tri-Gas Inc.
dba A&F Welding Supply
Dept. 3028
PO Box 123028
Dallas, TX 75312

McBride Supplies It All, LLC
709 W. Broadway
Hobbs, NM 88240


Metal Specialties, Inc.
PO Box 69072
Odessa, TX 79769


Metals USA Plates & Shapes Southcentral
PO Box 3528
Enid, OK 73703


Meter Check Measurement Services, LLC
Dept. No. 58

PO Box 21228
Tulsa, OK 74121-1228


Micro Motion
7070 Winchester Circle
Boulder, CO 80301


Midland Waterjet L.P.
P.O. Box 62208
Midland, TX 79711


Miller & Miller, LLC
dba Paint and Design
P.O. Box 2565
Hobbs, NM 88241


Motion Industries, Inc.
P.O. Box 849737
Dallas, TX 75284-9737


Onecis Insurance Co.
PO Box 277908
Atlanta, GA 30384


Permian Machinery Movers, Inc.
P.O. Box 11281
Odessa, TX 79760-8281


Pitney Bowes Global Financial Services
PO Box 371887
Pittsburgh, PA 15250-7887


Plant Maintenance Services, LLC
2 Ultraway Drive
Highland, IL 62249


Precision Welding and Machine, LLC
PO Box 61710
Midland, TX 79711-1710

Pro Inspection Inc.
P.O. Box 12908
Odessa, TX 79768


Quail Energy Services, LP
PO Box 777
Andrews, TX 79714


Rawson Inc.
PO Box 732161
Dallas, TX 75373-2161


Republic Services Inc.
dba Republic Waste Services of Texas
18500 North Allied Way
Phoenix, AZ 85062


Robert D. Duncan
dba DK Trucking
PO Box 13378
Odessa, TX 79768


Rosemount Inc.
12001 Technology Drive
Eden Prairie, MN 55344


Ryan P. Trahan
dba Aratis Solutions, LLC
20734 Cypress Breeze Dr.
Cypress, TX 77433


Sandco Sales, Inc.
806 W 59th Street
Odessa, TX 79764


Sepco Process Company
dba Sepco Process Inc.
9211 West Road #143
Houston, TX 77064


The National Board of Boiler &
Pressure Vessel Inspectors

1055 Crupper Ave
Columbus, OH 43229


The Supply House
P.O. Box 1496
Hobbs, NM 88240


Todd Barron Thomason & Hudman PC
3800 E 42ND, Suite 409
Odessa, TX 79762


Unique Valve and Instrumentation Company
12600 Cardinal Meadow, Suite #207
Sugar Land, TX 77498


Valley Industrial X-Ray & Inspection Service, Inc.
APPLUS RTD - VIXR Lockbox
25636 Network Place
Chicago, IL 60673-1256


Westair-Praxair Distribution
dba West Air Gas & Equipment
PO Box 1339
Abilene, TX 79604


Wilbanks Trucking LLC
dba Wilbanks Energy Logistics
PO Box 670413
Dallas, TX 75267-0413


Wilson Company
PO Box 9100
Addison, TX 75001


Wm. F. Hurst Co., Inc
dba CRC Inc. of Texas
2121 Southwest Blvd.
Wichita, KS 67213


Wright Express FSC
P.O. Box 6293
Carol Stream, IL 60197-6293

```
Zia Natural Gas Co.
510 E Bender
Hobbs, NM 88240-222
```